## Jennie Strong, Appellee, v. John W. Strong, Appellant.

**Term No. 45F7.**

Heard in this court at the May term, 1945; opinion filed July 7, 1945; released for publication August 7, 1945. Louis Beasley, for appellant; Jas. F. Wheatley, for appellee. Opinion by JUSTICE STONE. Not to be published in full.